**Order entered October 10, 2014**



In The
# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-14-00631-CV

**VIRGILIO AVILA AND UNIVISION TELEVISION GROUP, INC., Appellants**

**V.**

**F.B. LARREA, Appellee**

**On Appeal from the 95th Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. DC-11-10828**

## ORDER

We **GRANT** appellee's October 8, 2014 second motion for extension of time to file brief to the extent we **ORDER** the brief be filed no later than November 17, 2014. No further extensions will be granted absent exigent circumstances.

/s/ ADA BROWN
JUSTICE